LAVELY & SINGER, P.C.
  Brian G. Wolf (STATE BAR NO. 135257)
  Henry L. Self III (STATE BAR NO. 223153)
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
bwolf@lavelysinger.com
hself@lavelysinger.com

Attorneys for Plaintiff

WHITE O'CONNOR FINK & BRENNER LLP
  Andrew M. White (STATE BAR NO. 60181)
  David E. Fink (STATE BAR NO. 169212)
  Dana J. Clausen (STATE BAR NO. 223212)
  Audrey J. Jing (STATE BAR NO. 247244)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
awhite@whiteo.com
dfink@whiteo.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LA PLANTE, an individual,<br><br>　　　　Plaintiff,<br>　　v.<br><br>TOLLIN/ROBBINS PRODUCTIONS, LLC, a Delaware limited liability company; WILD HOGS PRODUCTIONS, INC., a Delaware corporation; TOUCHSTONE PICTURES, a division of DISNEY ENTERPRISES, INC., a Delaware corporation; BUENA VISTA PICTURES, a business entity of unknown form; BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; BRAD COPELAND, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 09-00455 CAS (SSx)<br><br>(The Honorable Christina A. Snyder)<br><br>~~[PROPOSED]~~ **PROTECTIVE ORDER**<br><br>Action Filed:　January 21, 2009<br>Trial Date:　　May 11, 2010 |

245422.1.doc

---

~~[PROPOSED]~~ PROTECTIVE ORDER

Having reviewed the [Proposed] Stipulated Protective Order, this Court finds that good cause exists for a Protective Order on the terms and conditions stipulated by the parties.

**GOOD CAUSE EXISTING THEREFOR, IT IS SO ORDERED.**

DATED: October 7, 2009

By: /s/ Suzanne H. Segal
The Honorable Suzanne H. Segal
U.S. Magistrate Judge